# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2025

### NO. 03-25-00097-CV

**Demetrius Crockett, Appellant**

**v.**

**Justice of the Peace, Precinct 5 - Judge Rick "Rico" Olivo, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on February 5, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.